901 A.2d 951

DOMINIC LEOPARDI AND JUDITH LEOPARDI, HIS WIFE, PLAINTIFFS–RESPONDENTS, v. TOWNSHIP OF MAPLE SHADE, MICHAEL ANYZEK, STEVE CARBONE, MEDFORD LAKES POLICE DEPARTMENT, AND BOROUGH OF MEDFORD LAKES, DEFENDANTS–APPELLANTS, AND COUNTY OF BURLINGTON, ET AL. DEFENDANTS.

February 3, 2005.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.